**DISMISS and Opinion Filed February 28, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00917-CV

### MOHAMMAD ALI SAEED, Appellant
### V.
### THANH NGOC NGUYEN, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-12017**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Miskel

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by January 9, 2023. By postcard dated January 20, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


_/Emily Miskel/_
EMILY MISKEL
JUSTICE

220917F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MOHAMMAD ALI SAEED,
Appellant

No. 05-22-00917-CV          V.

THANH NGOC NGUYEN, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-12017.
Opinion delivered by Justice Miskel.
Justices Molberg and Pedersen, III
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 28, 2023